IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.  :  CIVIL NO: C-1-00-277
    : MAGISTRATE JUDGE MERZ

KIM GABBARD,
aka KIM E. GABBARD,

    Defendant.

### PLAINTIFF'S REQUEST FOR ISSUANCE OF AN ARREST WARRANT

Plaintiff, United States of America, respectfully requests this Honorable Court to issue an arrest warrant for **Kim Gabbard** to answer for his/her failure to appear Thursday, April 28, 2005 as ordered by this Court. The Order to Show Cause, filed March 18, 2005, was mailed to Defendant by first class postage paid mail as evidenced by the attached photocopy of the Certificate of Mailing on March 24, 2005. Plaintiff states this mailing was not returned as undeliverable and therefore concludes Defendant received said notification of the Show Cause hearing.

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney

    s/ Deborah F. Sanders
    DEBORAH F. SANDERS (0043575)
    Assistant United States Attorney
    Attorney for Plaintiff
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio 43215
    (614) 469-5715
    Fax: (614) 469-5240
    Deborah.Sanders @usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Plaintiff's Request for Issuance of an Arrest Warrant was filed using the CM/ECF system and mailed this ___7th_____ day of _____June_____ 2005, to Kim Gabbard, 4510 E. Galbraith Rd., Cincinnati, OH 45236 by first class, postage paid mail.

s/ Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney

| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|
| MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES ʼ PROVIDE FOR INSURANCE—POSTMASTER | |

Received From:

_____

_____

One piece of ordinary mail addressed to:

    Kim Gabbard
    4510 E. Galbraith Rd.
    Cincinnati, OH 45236

PS Form **3817**, January 2001

$00.90°
MAR 24 2005
MAILED FROM ZIP CODE 43215
02 1A
0004201378